IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:  
    ARDEN VAN UPP,

No. C 10-02616 SI

**ORDER TO SHOW CAUSE**

On June 15, 2010, debtor Arden Van Upp filed a Notice of Appeal from Bankruptcy Court. Doc. 1. The clerk of this Court then issued an order establishing a briefing schedule that has long since expired. Doc. 2. However, no portion of the bankruptcy record has been lodged with the Court, other than one short order of the Bankruptcy Court, and debtor has not filed a brief in support of her appeal. Additionally, it appears from the Bankruptcy Court docket that debtor's bankruptcy proceedings are ongoing, and thus that the order she is appealing may be interlocutory. *See* Docket, Bankruptcy Petition #: 09-31932 (Bankr. N.D. Cal.).

Therefore, the Court ORDERS debtor Arden Van Upp to show cause why this appeal should not be dismissed for failure to prosecute and/or lack of jurisdiction, with specific discussion of relevant case law and applicable Federal Rules of Bankruptcy Procedure, **by March 22, 2011.**

**IT IS SO ORDERED.**

Dated: February 22, 2011

SUSAN ILLSTON  
United States District Judge